IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY LEE JEMISON, | ) |
| Plaintiff, | ) |
| vs. | ) CV 97-AR-1763-S |
| LT. FRANK FITTS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 10, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) and/or (2) because all of plaintiff's claims fail to state a claim upon which relief can be granted or are asserted against defendants who are immune from liability. The plaintiff filed objections to the report and recommendation on October 17, 2000.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 4th day of January, 2001.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE